IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREA OTHA GOLDEN,<br>**Plaintiff** | : | No. 4:25cv618 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Chief Magistrate Judge Bloom) |
| THOMAS DONALD HEAP,<br>**Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 2nd day of June 2025, before the court for disposition is Chief Magistrate Judge Daryl F. Bloom's report and recommendation, which proposes the dismissal of plaintiff's civil rights complaint without prejudice to the plaintiff reasserting his claims at the conclusion of his state criminal case. No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After review, the court finds neither a clear error on the face of the record nor a manifest injustice, and therefore, the report and recommendation shall be adopted. It is hereby **ORDERED** as follows:

1) The chief magistrate judge's report and recommendation (Doc. 7) is **ADOPTED**;

2) The plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice to the plaintiff reasserting his claims at the conclusion of his state criminal case; and

3) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court